# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States government, State of Wisconsin, City of Milwaukee; State of Michigan, City of Detroit, Service Member Group Life Insurance Corporation Michael O'Grady

Case No. Civil 00-1727 DDA/SRN
**JUDGMENT IN A CIVIL CASE**

v.

Department of the Army, Louis Caldera; William Tangney; Bryan Golden; Ronald Baylor; Miller, Paddock, Canfield & Stone Law Firm [sic]; Keith Swanson; Swanson and Dettman Law Firm; Northern Michigan University, Department of Public Safety, University of Housing, Account Receiving and Collections, Office of the Registrar, Cynthia Cope, Michigan Marquette County Prosecutors Office, Michigan Department of State Police; Steve Bilenky [sic]; Civil Affairs & Psychological Operations Command; Kenneth Chant; Thomas Leisure; Jeffery Mincheff; Victor LaDuke; Edward J. Niemi; Judith Bailey; Marilyn M. Robbert; Donna Yetter; Gary Walker; Matthew Wiese; Richard Goad; Myles McCormack; Mike Robinson; Mark Nyvold; Robert Lehman; Charles Donnel; Arthur French; Herbert Altschuler; Scott Chapman; Mark V. Phelan; Bruce Bingham and Carl Cook,

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

This action is dismissed with prejudice in its entirety, without leave to amend.

DATE: September 29, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(26)