FILED - GR
00 AUG 30 PM 1:59
CHARLES ... JR. SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT MICH
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

00-1727 DDA/ RECEIVED BY MAIL
SEP 18 2000
CLERK US DIST COURT
ST. PAUL, MN

MICHAEL O'GRADY,

Plaintiff,

v. CASE NO. 2:00-CV-5

KENNETH CHANT, et al., HON. ROBERT HOLMES BELL

Defendants.
_______________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Report and Recommendation of Magistrate Judge Timothy P. Greeley, dated July 12, 2000, is hereby adopted as the findings of fact and conclusions of law for the reasons stated on the record and in open court on August 28, 2000;

Plaintiff having failed to appear on June 26, 2000, July 11, 2000, and August 28, 2000, said fees and costs incurred by Defendants and their counsel shall be taxed costs against the Plaintiff in addition to the Rule 11(c)(1)(B) sanction of $1,000 imposed by This Court's adoption of the Report and Recommendation of the Magistrate Judge.

Furthermore, said Plaintiff is hereby prohibited from filing any further lawsuits in this or any United States District Court relating to the facts and circumstances alleged in the complaint filed in this action without first submitting a proposed

FILED 9-18-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

complaint to the Magistrate Judge of the Northern Division of the United States District Court for the Western District of Michigan. The Magistrate Judge shall only permit the filing of any complaint which demonstrates on its face it is unrelated to the facts and circumstances of this case.

IT IS SO ORDERED.

DATED: August 30, 2000

ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE